# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

RETCNICK FAUSTEN
    Plaintiff

**PLAINTIFF DEMANDS TRIAL BY JURY**

v.

CENTRAL FINANCIAL CONTROL.
    Defendant.

2:16cv533

## COMPLANT

1.) At all time hereinafter mentioned plaintiff was still is a residant of P.O. Box 124 Haynesville Va 22472.

2.) Defendant CENTRAL FINANCIAL CONTROL is a corporated incorated under the laws of UNITED STATE and having a main office at P.O Box 660873 Dallas TX 75266 is licensed to do business in UNITED STATES.

3.) The jurisdiction of this court is invoked pursuant to Fair Credit Reporting Act and the Fair Debt Collection Act Unfair and deceptive practices, Emontional distress.

3.) WHEREFORE PLAINTIFF DEMANDS: Compensatory- compensates ( out poket expense) copy, filling fee, office supply $3,000.00. Punitive damages of $ 300,000.00 General damages for emontional distress of $100,000.00 Delate account number 964896193 on my credit report

## clusion

Would like court find CENTRAL FINANCIAL CONTROL accountable for there deceptive business practices. Have suffer emotional destress furnishing notify defendant reporting agencies inaccurate incomplet information on my credit report. Defendant choose ignore viplate federal law and state law. Have exhibit of evidence of proof on the defendant would like court take action on this civil matter.

## STATEMENT OF FACT

On November 04,2014 I receive my credit report from Experian credit report agency showed original creditor ST MARYS MEDICAL CENTER for collection amount $550 account number 964896193 and collection amount $750 account number 971676309. So check with other credit agency Trans Union , Experian seen same information creditor ST MARYS MEDICAL CENTER sent letter  Equifax, TransUnion, Experian start an investigation collection $550 original creditor ST MARYS MEDCIAL CENTER dated 3-26-2015 Credit agency advise that showed dispute all matter to CENTRAL FINANCIAL CONTROL address PO BOX 66044 ANAHEIM CA 92816 sent letter dated 4-17-2015 advising about collection original creditor ST MARYS MEDICAL CENTER collection $550 reporeted on my credit report am disputing account number 964896193 service that never receive from ST MARYS MEDICAL CENTER. May 15,2015 receive letter from CENTRAL FINANCIAL CONTROL copy of contract out line financial responsibility for charges resulting from medical services.Dont recall ever reciving service from ST MARYS MEDICAL CENTER August 8,2009 but did receive service August 28,2009 all so explane that signature on contract August 8,2009 dont match contract signature August 28,2009 .CENTRAL FINANCIAL CONTROL sent affidavit wich filed sent back Annette Leyva (Inquiry Resolution Specialist). Base on CENTRAL FINANCIAL CONTROL indicated deletions are not warranted. All so CENTRAL FINANCIAL CONTROL indicated that provied ST MARYS MEDICAL CENTER my I.D wich comfirm service. Ask CENTRAL FINANCIAL CONTROL copy of my I.D that was provied at the time of service August 8,2009 told direct question to ST MARY MEDICAL CENTER about medical service record. 7-9-2015 sent letter ST MARYS MEDICAL CENTER asking about copy of I.D prove on August 8 2009  recive mediacl service did not recive copy of record from ST MARYS MEDICAL CENTER wich provie did not recive service from ST MARYS MEDICAL CENTER. Purpose for Fair credit reporting act fairness in repoting ensure accuracy CENTRAL FINANCIAL CONTROL did not demonstrate truthfull reporting statement there clent ST MARYS MEDCIAL CENTER could not prove that recive service base on there record and contract that have two diffrent signature. Statment on my credit report cause damges that could lead unjust denial of credit or insurance.Suffer emotional distress process  of time,energy cleaning inaccurate information on my credit report.CENTRAL FINANCIAL CONTROL represent ST MARYS MEDCIAL CENTER resume full responsibility over this matter.CENTRAL FINANCIAL CONTROL use ruthless tactic to collect debt.Try my best effort to resolve this matter now it court to respond CENTRAL FINANICAL CONTROL for there business practice violation of the law.

## STATEMENT OF FACT

The defedant did not properly validate debt underthe federal fair
debt collection practices under exhibt L letter from the defedant
September 16, 2015  asking me provided copy identification and
social security card disputes validation. On exhibt N defedant
sent letter which i recive dated·l november 3, 2015 any copy
of records plase contact st. mary medical center the defedant did
not satisfy the validation-notice requirement debt- collection agye
ncy to a debtor must effectively convey the  notice.
The defedant apply unfair practices unconscionable means to colle
ct debt after notice have been made that conditons service exhibt O
exhibt P signature dont match sending out affidavit showing accounts
warranted deletion.
The defedant did not delet or correct debt provide right information
to credit agencies wich made credit score go down violate fair
credit reporting act.

## GROUNDS

Defendant violate Fair Credit Reporting Ace
Defendant violate Debt collection Practices Act
Defendant violate Business practices
Dedentdant violate Emotional destress
Dedentdant commeted fruad

**EXHIBIT A**

3-26-15

Dear Equifax

Since you did not advise me within 30 days your investigation of my dispute plase confirm that you have deleted the disputed Medical/Health Care - St. Marys Medical Center FL Account # 971676309, Medical/Health St. Marys Medical Center FL Account # 964896193, Medical/Health care - Imaging Account # 6840154. Please do this promptly and send me a corrected copy of my credit report. Also please ensure that this deleted trade line is not reinserted into my credit reports at some future date. Thank you very much for your prompt assistance in this matter. I Hope you have great day.

Sincerely yours
Happy consumer
Retcnick Fausten
R. Jausm

County/City of Richmond Commonwealth of Virginia
The foregoing instrument was subscribed and sworn before me this
26 day of March 20 15.
Retcnick Fausten
(Name of person seeking acknowledgement)
Patricia W Hand
Notary Public

My Commission expires: 2-28-19
Notary Reg. No. 164858

PATRICIA W. HAND
NOTARY PUBLIC
REG. #164858
MY COMMISSION
EXPIRES 2-28-19
COMMONWEALTH OF VIRGINIA

**EXHIBIT B**

3-26-15

Dear ~~Expelon~~ TransUnion

Since you did not advise me within 30 days about your investigation of my dispute please confirm that you have deleted the disputed account Medical - ST MARYS MEDICAL CENTER FL (Medical / Health care) #96489, STMARYS MEDICAL CENTER FL (Medical / Health care) #97167. Please do this promptly and send me a corrected copy of my credit report. Also please ensure that this deleted trade line is not reinserted into my credit reports at some future date. Thank you very much for your prompt assistance in this matter. I hope you have great day.

Sincerely Yours,
Happy Consumer

Retenick Fausten

County/City of Richmond; Commonwealth of Virginia
The foregoing instrument was subscribed and sworn before me this
26 day of March, 2015.
Retenick Fausten
(Name of person seeking acknowledgement)
Patricia W Hand
Notary Public

My Commission expires: 2-28-19
Notary Reg. No. 164858

PATRICIA W. HAND
NOTARY PUBLIC
REG. #164858
MY COMMISSION EXPIRES 2-28-19
COMMONWEALTH OF VIRGINIA

**EXHIBIT C**

3·26-15

Dear Experian

Since you did not advise me within 30 days about your investigation of my dispute plase confirm that you have deleted the disputed account ST. MARYS MEDICAL CENTER FL #96489693, ST. MARYS MEDICAL CENTER FL #971676309. Please do this promptly and send me a corrected copy of my credit report. Also please ensure that this deleted trade line is not reinserted into my credit report at some fretture date. Thank you very much for your prompt assistance in this matter. I hope you have great day.

Sincerely yours

Happy consumer

Retenick Fausten

County/City of Richmind ; Commonwealth of Virginia
The foregoing instrument was subscribed and sworn before me this
26 day of march 20 15
Retenick Fausten
(Name of person seeking acknowledgement)
Patricia W Hand
Notary Public

My Commission expires: 2-28-19
Notary Reg. No. 164858

PATRICIA W. HAND
NOTARY PUBLIC
REG. #164858
MY COMMISSION EXPIRES
2-28-19
COMMONWEALTH OF VIRGINIA

EXHIBIT D



Prepared for: **RETCNICK FAUSTEN**
Date: **November 04, 2014**
Report number: **3202-0146-28**

**Your accounts that may be considered negative (continued)**

**CENTRAL FINANCIAL CONTROL**
PO BOX 66044
ANAHEIM CA 92816
**Phone number**
(800) 345 4261
**Partial account number**
971676309
**Address identification number**
0073947106
**Original creditor ST. MARY'S
MEDICAL CENTER FL**

| | | | |
|---|---|---|---|
| **Date opened** Dec 2009 | **Type** Collection | **Credit limit or original amount** $750 | **Recent balance** $750 as of Jan 2013 |
| **First reported** Feb 2010 | **Terms** 1 Months | **High balance** Not reported | |
| **Date of status** Feb 2010 | **Monthly payment** Not reported | | |

**Responsibility**
Individual
**Status**
Collection account.
This account is scheduled to continue on record until Jun 2016.

**Payment history**

2013 2012
JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB

2011
JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB

2010
JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB

CO CO CO CO CO CO CO CO CO CO CO CO   C C C C C C C C C C C C   C C C C C C C C C C C C

0553240353

7265-02-00-0003684 0002 0030689



:::: Experian
A world of insight

**Prepared for: RETCNICK FAUSTEN**
**Date: January 26, 2015**
**Report number: 2669-6477-90**

Page 3 of 6

## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain on the credit report for up to 10 years. Unpaid tax liens may remain for up to 10 years from the filing date, and paid tax liens may remain for up to seven years from the filing date. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### ■ Credit items

**CENTRAL FINANCIAL CONTROL**
PO BOX 66044
ANAHEIM CA 92816
**Phone number**
(800) 345 4261
**Partial account number**
98489193
**Address identification number**
0073947106
**Original creditor** ST. MARY'S MEDICAL CENTER FL

| | |
|---|---|
| **Date opened** | Nov 2009 |
| **First reported** | Feb 2010 |
| **Date of status** | Feb 2010 |

| | |
|---|---|
| **Type** | Collection |
| **Terms** | 1 Months |
| **Monthly payment** | Not reported |

| | |
|---|---|
| **Credit limit or original amount** | $550 |
| **High balance** | Not reported |

| | |
|---|---|
| **Recent balance** | $550 as of Dec 2014 |

**Responsibility**
Individual
**Status**
Collection account. $550 past due as of Dec 2014.
This account is scheduled to continue on record until May 2016.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item was updated from our processing of your dispute in Dec 2014.

### Payment history legend

| | | | |
|---|---|---|---|
| **OK** | Current/Terms of agreement met | **VS** | Voluntarily surrendered |
| **30** | Account 30 days past due | **R** | Repossession |
| **60** | Account 60 days past due | **PBC** | Paid by creditor |
| **90** | Account 90 days past due | **IC** | Insurance claim |
| **120** | Account 120 days past due | **C** | Claim filed with government |
| **150** | Account 150 days past due | **D** | Defaulted on contract |
| **180** | Account 180 days past due | **C** | Collection |
| **CRD** | Creditor received died | **CO** | Charge off |
| **FS** | Foreclosure proceedings started | **CLS** | Closed |
| **F** | Foreclosed | **ND** | No data for this time period |

**Payment history**

2014
DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB
2013

2010
JUN MAY APR MAR FEB JAN DEC

2012
JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB

2011
DEC NOV OCT SEP AUG JUL

7027 1-00-0101136-0002 001/519

**TransUnion.**

File Number: ~~1026069999999~~
Date Issued:     04/09/2015

# EXHIBIT G
## -Begin Credit Report-

## Personal Information

You have been on our files since 06/01/2003

SSN: XXX-XX-9266

Date of Birth: 02/14/1983

**Names Reported:** RETNICK FAUSTIN, RETENICK FOSTER, and RETENICK FAUSTIN

### Addresses Reported:

| Address | Date Reported | Address | Date Reported |
|---|---|---|---|
| PO BOX 129, HAYNESVILLE, VA 22472-0129 | 12/29/2014 | 421 BARNFIELD RD, HAYNESVILLE, VA 22472 | 01/23/2015 |
| 5689 MARY LN, WEST PALM BEACH, FL 33407-1643 | 06/01/2003 | | |

### Telephone Numbers Reported:

(561) 688-2646    (561) 396-9623    (561) 574-3600    (561) 502-7864    (561) 503-7864    (561) 242-8989

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

### Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

## Adverse Accounts

**CENTRAL FINANCE CONTROL #96489\*\*\*\*** ( PO BOX 660873, DALLAS, TX 75266, (888) 233-7880 )

| | | Pay Status: ›In Collection‹ |
|---|---|---|
| Placed for collection: 11/12/2009 | Balance: $550 | |
| Responsibility: Individual Account | Date Updated: 04/08/2015 | |
| Account Type: Open Account | Original Amount: $550 | |
| Loan Type: COLLECTION AGENCY/ATTORNEY | Original Creditor: MEDICAL-ST MARY S MEDICAL CENTER FL (Medical/Health Care) | |
| | Past Due: ›$550‹ | |

Remarks: ACCT INFO DISPUTED BY CONSUMR; ›PLACED FOR COLLECTION‹
Estimated month and year that this item will be removed: 07/2016

**CENTRAL FINANCE CONTROL #97167\*\*\*\*** ( PO BOX 660873, DALLAS, TX 75266, (888) 233-7880 )

| | | Pay Status: ›In Collection‹ |
|---|---|---|
| Placed for collection: 12/03/2009 | Balance: $750 | |
| Responsibility: Individual Account | Date Updated: 04/08/2015 | |
| Account Type: Open Account | Original Amount: $750 | |
| Loan Type: COLLECTION AGENCY/ATTORNEY | Original Creditor: MEDICAL-ST MARY S MEDICAL CENTER FL (Medical/Health Care) | |
| | Past Due: ›$750‹ | |

Remarks: ACCT INFO DISPUTED BY CONSUMR; ›PLACED FOR COLLECTION‹
Estimated month and year that this item will be removed: 07/2016

### - End of investigation results -

To view a free copy of your full, updated credit file, go to our website www.transunion.com/fullreport

### -End of Credit Report-

EXHIBIT F

# EQUIFAX



Confirmation # 5044048721

**CREDIT FILE:** February 13, 2015

**Personal Identification Information** *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

Please address all future correspondence to:

www.investigate.equifax.com

Equifax Information Services LLC
Www. Equifax. Com/fcra
Atlanta GA 30348

(800) 377-6568
M - F 9:00am to 5:00pm in your time zone.

Name On File:        Retenick Faustin
Social Security #    XXX-XX-9266    Date of Birth: February 14, 1983
Current Address:     5689 Mary Ln, West Palm Beach, FL 33407  (561) 688-2646  Reported: 02/2015
Formerly Known As:   Retnick Faustin

**Collection Agency Information** *(This section includes accounts that credit grantors have placed for collection with a collection agency.)*

Syndicated Office Systems; Collection Reported 12/2014; Assigned 12/2009; Creditor Class - Medical/Health Care; Client - St Mary S Medical Center FL. Amount - $750 ; Status as of 12/2014 - Unpaid; Date of 1st Delinquency 09/2009; Balance as of 12/2014 - $750 ; Individual Account; Account # - 971676309; ADDITIONAL INFORMATION - Consumer Disputes After Resolution; **Address:** PO Box 660873 Dallas TX 75266-0873 : (800) 345-4261

Syndicated Office Systems; Collection Reported 12/2014; Assigned 11/2009; Creditor Class - Medical/Health Care; Client - St Mary S Medical Center FL. Amount - $550 ; Status as of 12/2014 - Unpaid; Date of 1st Delinquency 08/2009; Balance as of 12/2014 - $550 ; Individual Account; Account # - 964896193; ADDITIONAL INFORMATION - Consumer Disputes After Resolution; **Address:** PO Box 660873 Dallas TX 75266-0873 : (800) 345-4261

Doctors Business Bureau; Collection Reported 03/2010; Assigned 12/2009; Creditor Class - Medical/Health Care; Client - IMAGING Associates; Amount - $98 ; Status as of 03/2010 - Unpaid; Date of 1st Delinquency 08/2009; Balance as of 03/2010 - $98 ; Individual Account; Account # - 8840154; **Address:** 202 N Federal Hwy  Lake Worth FL 33460-3438 : (800) 841-3314

**Inquiries that do not display to companies  (do not impact your credit score)**
*(This section includes inquiries which display only to you and are not considered when evaluating your credit worthiness. examples of this inquiry type include pre-approved offer of credit, insurance, or periodic account review by an existing creditor.)*

**Company Information - Prefix Descriptions:**

PRM - Inquiries with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit or insurance. (PRM inquiries remain for 12 months)

PR - Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing. (PR Inquiries remain for 12 months)

AM or AR - Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors. (AM and AR inquiries remain for 12 months)

Equifax or EFX - Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy of your credit file or a research request.

ND - Inquiries with this prefix are general inquiries that do not display to credit grantors.  (ND inquiries remain for 24 months)

ND MR - Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan. (ND MR inquiries remain for 24 months)

EMPL - Inquiries with this prefix indicate an employment inquiry. (EMPL inquiries remain for 24 months)

**Company Information**

| | Inquiry Date(s) |
|---|---|
| Equifax PO Box 740241 Atlanta, GA 30374-0241 Phone: (800) 685-1111 | 02/13/2015 |
| ND-Suntrust Bank, North Central PO Box 85526 Cr Bur Disp CS-RVW7955 Richmond, VA 23285-5526 Phone: (877) 596-5407 | 04/16/2013 |

**** End of Credit File ****

5044048721UU-001879184- 526 - 2387 - ASD

# Central Financial Control

P.O. Box 660873
Dallas, TX 75266-0873

(888)233-7880 Phone
(714)937-3427 Fax

May 15, 2015

Retcnick Fausten
P.O. Box 129
Haynesville, VA 22472

| | |
|---|---|
| Patient Name: | Retcnick Faustin |
| CFC Numbers: | 964896193 and 971676309 |
| Facility: | St. Mary's Medical Center |
| Dates of Services: | August 8, 2009 and August 28, 2009 |

Dear Mr. Fausten:

Our office is in receipt of your dispute letter requesting debt validation.

The aforementioned accounts result from services rendered by our client, St. Mary's Medical Center. The Conditions of Services (COS) is the contract that outlines your financial responsibility for any charges incurred resulting from medical services rendered by our client. Please be advised, the COS also grants the facility permission to transfer the accounts to a collection agency. A copy of the COS was available to you upon each admission to the facility. A copy of each COS is enclosed for your review.

**CFC Number: 964896193**                                      **Date of Service: August 8, 2009**
No insurance information was provided at the time of service. As a courtesy to their uninsured patients, our client reduced your account balance from $1,630.00 to $550.00 to reflect the Discount for the Uninsured Program rate. The outstanding balance on the account is $550.00, which remains due and owing.

**CFC Number: 971676309**                                      **Date of Service: August 28, 2009**
No insurance information was provided at the time of service. As a courtesy to their uninsured patients, our client reduced your account balance from $2,128.00 to $750.00 to reflect the Discount for the Uninsured Program rate. The outstanding balance on the account is $750.00, which remains due and owing.

Under this office's obligations to and with the credit reporting agencies (CRAs), we are contractually obligated to report delinquent accounts. Since you were duly notified of the debts in question prior to reporting, deletions are not warranted. Per our contract with the CRAs, we do not accept payment for deletion of items on your credit report. Once payment in full is received, our office will advise the CRAs to update your credit profile accordingly.

The accounts in question have been validated. Please contact (800) 300-7192 to discuss payment options.

Sincerely,

Annette Leyva
Inquiry Resolution Specialist

Enclosures: Conditions of Services

This is an attempt to collect a debt by a debt collector; any information obtained will be used for that purpose.

Any call may be monitored or recorded for quality assurance.

EXHIBIT J



## Central Financial Control

P.O. Box 660873
Dallas, TX 75266-0873

(888)233-7880 Phone
(714)937-3427 Fax

June 19, 2015

Retcnick Fausten
P.O. Box 129
Haynesville, VA 22472

| | |
|---|---|
| **Patient Name:** | **Retcnick Faustin** |
| **CFC Numbers:** | **964896193 and 971676309** |
| **Facility:** | **St. Mary's Medical Center** |
| **Dates of Services:** | **August 8, 2009 and August 28, 2009** |

Dear Mr. Fausten:

In response to your correspondence dated August 20, 2015, our office has again reviewed your accounts.

According to your letter the signatures on the Conditions of Services (COS) are different and you believe the contract dated August 8, 2009 is not yours. Please be advised, during the admission process for this date of service, you provided our client with your driver's license to verify your identity, further evidencing your signature.

As per our original response, copies of each signed COS were provided, for your convenience. If you would like copies of your medical records or additional details to further substantiate the services rendered to you, you are welcome to request copies of your medical records from St. Mary's Medical Center directly.

Sincerely,

Annette Leyva
Inquiry Resolution Specialist

This is an attempt to collect a debt by a debt collector; any information obtained will be used for that purpose.

Any call may be monitored or recorded for quality assurance.

RECEIVED BY

EXHIBIT U

JUL 20 2015

HEALTHPORT

7-9-15

missing
identifies
letter

Retenick Fausten 1200865
Haynesville Correctional Center
P.O. Box 129 Haynesville VA 22472

Patient Name : Retenick Faustin
Facility : St. Mary's Medical Center
Dates of Services : August 8, 2009 and August 28, 2009

Am told central financial Control debit colleter
wich have my information attempt to collect debt on
your behalf St. Mary's Medical Center. Am challenging
Contract date of service August 8, 2009 am told
central financial Control that provided driver's
license you have copy of all document that could prove
identity. Am questioning my signature that does not
match signature contract date of service August 28, 2009
with that said am requesting all medical records
from you to support that receive service on August 8, 2009
August 28, 2009 send Medical records Haynesville
Correctional Center P.O. Box 129 Haynesville VA 22472
this letter will be notarize making this legal document
asking for document giving you 30 days answer befor
take legal action.

County/City of Richmond, Commonwealth of Virginia
The foregoing instrument was subscribed and sworn before me this
day of July, 2015
Retenick Fausten
(Name of person seeking acknowledgement)
Patricea W Hand
Notary Public

My Commission expires: 8-28-19
Notary Reg. No. 164858

R. Faustin

PATRICIA W. HAND
NOTARY PUBLIC
REG. #164858
MY COMMISSION EXPIRES
COMMONWEALTH OF VIRGINIA

# EXHIBIT K



## Central Financial Control

P.O. Box 660873
Dallas, TX 75266-0873

(888)233-7880 Phone
(714)937-3427 Fax

August 4, 2015

Retcnick Fausten
P.O. Box 129
Haynesville, VA 22472

**CFC Numbers:**          **964896193 and 971676309**
**Facility:**                   **St. Mary's Medical Center**

Dear Mr. Fausten:

Our office has received multiple dispute letters from you concerning the obligations listed above. Previously you were provided with a written response to your disputes on May 15, 2015 and June 19, 2015. Subsequent to the debt validation, you now believe these accounts may be fraudulent and/or do not belong to you.

In order to complete our investigation and resolve this matter, we need your assistance. Please _**mail**_ a copy of your personal identification (i.e. Driver's License/Identification Card _**and**_ Social Security Card), so we can verify your identity. If someone other than yourself, without your authorization, received services from our client related to the above noted accounts, please provide a complete police report testifying that identity theft occurred as well as a notarized Fraud Affidavit (enclosed).

Please note we are unable to accept the above required documents via facsimile as they are not legible when faxed. Please _**mail**_ the documents to: _Inquiry Resolution Service, PO Box 660873, Dallas, TX 75266._

Unfortunately, without the information requested above, our office is unable to resolve this matter. Upon receipt of the above referenced information, our office will complete our investigation and notify you of the resolution.

Please forward the requested documents within 15 days of this letter so that this office may bring resolution to this matter on your behalf.

Sincerely,

Annette Leyva
Inquiry Resolution Specialist

Enclosure: Fraud Affidavit

This is an attempt to collect a debt by a debt collector; any information obtained will be used for that purpose.

Any call may be monitored or recorded for quality assurance.

**EXHIBIT L**



# Central Financial Control

| | |
|---|---|
| P.O. Box 660873<br>Dallas, TX 75266-0873 | (888)233-7880 Phone<br>(714)937-3427 Fax |

September 16, 2015

Retcnick Fausten
P.O. Box 129
Haynesville, VA 22472

**CFC Numbers:**        **964896193 and 971676309**
**Facility:**                **St. Mary's Medical Center**

Dear Mr. Fausten:

We are in receipt of your letter dated August 8, 2015. Previously you were provided with a written response to your disputes on May 15, 2015 and June 19, 2015. Due to the nature of your new dispute, we requested your assistance on August 4, 2015.

Unfortunately, without the information previously requested, our office is unable to investigate this matter for resolution.

Please *mail* a copy of **your** personal identification (i.e. Driver's License/Identification Card *and* Social Security Card), so we can verify **your** identity. If someone other than yourself, without your authorization, provided personal information and received services from our client related to the above noted accounts, please provide a complete police report testifying that identity theft occurred as well as a notarized Fraud Affidavit (enclosed).

If you have any other disputes, or now have additional information relating to the prior dispute, please communicate that new dispute or additional information to this office.

Sincerely,

Annette Leyva
Inquiry Resolution Specialist

Enclosure: Fraud Affidavit

This is an attempt to collect a debt by a debt collector; any information obtained will be used for that purpose.

Any call may be monitored or recorded for quality assurance.

**EXHIBIT M**



## Central Financial Control

P.O. Box 660873
Dallas, TX 75266-0873

(888)233-7880 Phone
(714)937-3427 Fax

October 6, 2015

Retcnick Fausten
P.O. Box 129
Haynesville, VA 22472

**CFC Numbers:**     **964896193 and 971676309**
**Facility:**       **St. Mary's Medical Center**

Dear Mr. Fausten:

We are in receipt of your Fraud Affidavit and previously requested copy of your Social Security Card. Please be advised the Fraud Affidavit is incomplete and the requested copy of your Driver's License/Identification Card was not received.

Unfortunately, without the information previously requested, our office is unable to investigate this matter for resolution.

Please *mail* a copy of **your** personal identification (i.e. Driver's License/Identification Card), so we can verify **your** identity. If someone other than yourself, without your authorization, provided personal information and received services from our client related to the above noted accounts, please provide a complete police report testifying that identity theft occurred as well as a *complete,* notarized Fraud Affidavit (enclosed).

Please forward the requested documents within 15 days of this letter so that this office may bring resolution to this matter on your behalf.

Sincerely,

Annette Leyva
Inquiry Resolution Specialist

Enclosure: Fraud Affidavit

This is an attempt to collect a debt by a debt collector; any information obtained will be used for that purpose.

Any call may be monitored or recorded for quality assurance.

**EXHIBIT N**



## Central Financial Control

P.O. Box 660873
Dallas, TX 75266-0873

(888)233-7880 Phone
(714)937-3427 Fax

November 3, 2015

Retcnick Fausten
P.O. Box 129
Haynesville, VA 22472

| | |
|---|---|
| **Patient Name:** | **Retcnick Faustin** |
| **CFC Numbers:** | **964896193 and 971676309** |
| **Facility:** | **St. Mary's Medical Center** |
| **Facility Address:** | **901 45th St., West Palm Beach, FL 33407** |
| **Dates of Services:** | **August 8, 2009 and August 28, 2009** |

Dear Mr. Fausten:

We are in receipt of your Fraud Affidavit and previously requested Identification Card. Previously you were provided with a written response to the requested debt validation on May 15, 2015. For your convenience, our office has included a copy of the original response for your review. Due to your concerns outlined in your letters, our office has again thoroughly reviewed your accounts. Based on our review, we have determined that the accounts in question *do* belong to you and are neither fraudulent nor due to identity theft.

The aforementioned accounts result from services rendered by our client, St. Mary's Medical Center. Our office has verified that your account records do exist and are indeed valid and correct. If you would like copies of your records, please contact St. Mary's Medical Center in person.

Our records indicate you were properly notified of the outstanding balances prior to reporting; therefore, deletions are not warranted. Our office does not accept payment for deletion of items on a credit report. Upon receipt of payment in full, we will advise the credit reporting agencies to update your credit profile accordingly.

Based on your identification, description details and information provided to our client at each time services were rendered, the accounts in question belong to you.

If you have any questions regarding your dispute, please feel free to contact us at (888) 233-7880. If you have questions regarding your account, please contact us at (800) 300-7192.

Sincerely,

Annette Leyva
Inquiry Resolution Specialist

Enclosures: Original Response

This is an attempt to collect a debt by a debt collector; any information obtained will be used for that purpose.

Any call may be monitored or recorded for quality assurance.

**5.   Medicare Patient's Assignment of Benefits and Release of Information**
I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize release of any information needed to act on this request. I request that payment of authorized benefits be made on my behalf. I assign payment for unpaid charges of the hospital and physician(s) for whom the hospital is authorized to bill in connection with its services. I understand I am responsible for any remaining balance not covered by Medicare or other insurance.

**6.   Legal Relationship Between Hospital and Physician**
All physicians and surgeons furnishing services to the patient, including the Emergency Department physicians, radiologists, pathologists, anesthesiologists and the like, are independent contractors with the patient and are not employees or agents of the hospital. The patient is under the care and supervision of his/her attending physician and it is the responsibility of the hospital and its nursing staff to carry out the instructions of such physician. It is the responsibility of the patient's physician or surgeon to obtain the patient's informed consent, when required, to medical or surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered for the patient under the general and special instructions of the physician.

**7.   Authorization to Appeal**
I hereby authorize the hospital to appeal on my behalf my claim(s) with _____, if applicable, and/or any payor which denies and/or delays payment of my claim(s). I further authorize that the payors, listed herein and any other payors, release any and all information requested and/or related to my claim(s) to the hospital and/or its attorneys. Unless prohibited by applicable law or regulation, this authorization is irrevocable upon execution by me hereinbelow and any appeal brought by the hospital shall be as if it was brought by me personally.

**8.   Personal Valuables**
It is understood and agreed that the hospital maintains a safe for the safekeeping of money and valuables, and the hospital shall not be liable for the loss of or damage to any money, jewelry, documents, fur garments, dentures, eye glasses, hearing aids, prosthetics or other articles of unusual value and small size, unless placed in the safe, and shall not be liable for loss or damage to any other personal property, unless deposited with the hospital for safekeeping. The maximum liability of the hospital for loss of any personal property which is deposited with the hospital for safekeeping is limited to five hundred dollars ($500.00) unless a written report for a greater amount has been obtained from the hospital by the patient.

**9.   I have Received the Additional Facility Specific Addendum:**
Patient Rights and Responsibilities;
Important Message from Champus;
Important Message from Medicare;
Authorization to Disclose
Other Specific Items as listed here:

Inpatient / Outpatient Information Guide
Booklet regarding Advance Directives/Living Will
Patient has executed Advance Directives: _____ Yes _____ No Did you bring a copy? _____ Yes _____ No

**10. Financial Responsibility Agreement by Person Other than the Patient or the Patient's Legal Representative**
I agree to accept financial responsibility for services rendered to the patient and to accept the terms of the Financial Agreement (Paragraph 1) and Assignment of Benefits to Hospital and Hospital-Based Physicians (Paragraph 2) set forth above.

| Date 4/28/09 | Financially Responsible Party | Witness |

The undersigned certifies that he/she has read and verbalized/demonstrated understanding of the foregoing; received a copy thereof, and is the patient, the patient's legal representative or is duly authorized by the patient as the patient's general agent to execute the above and accept its terms.

| Date 8/28/09 | Patient/Parent/Guardian/Conservator/Responsible Party - The above conditions of services have been explained to me and I understand. |

| If other than patient, indicate relationship | Witness | Witness |

A Copy of this Document will be Furnished Upon Request

TCE1240E2 R3/09

**CONDITIONS OF SERVICES**
Page 2 of 2

DOB: 02/14/1983
26Y  M
PT: EQE
ACCT# 054406749  MR# 000293743
**FAUSTIN, RETCNICK**
AT: SORRENTINO, A    AD: SORRENTINO, A

**5.  Medicare Patient's Assignment of Benefits and Release of Information**

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize release of any information needed to act on this request. I request that payment of authorized benefits be made on my behalf. I assign payment for unpaid charges of the hospital and physician(s) for whom the hospital is authorized to bill in connection with its services. I understand I am responsible for any remaining balance not covered by Medicare or other insurance.

**6.  Legal Relationship Between Hospital and Physician**

All physicians and surgeons furnishing services to the patient, including the Emergency Department physicians, radiologists, pathologists, anesthesiologists and the like, are independent contractors with the patient and are not employees or agents of the hospital. The patient is under the care and supervision of his/her attending physician and it is the responsibility of the hospital and its nursing staff to carry out the instructions of such physician. It is the responsibility of the patient's physician or surgeon to obtain the patient's informed consent, when required, to medical or surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered for the patient under the general and special instructions of the physician.

**7.  Authorization to Appeal**

I hereby authorize the hospital to appeal on my behalf my claim(s) with _____, if applicable, and/or any payor which denies and/or delays payment of my claim(s). I further authorize that the payors, listed herein and any other payors, release any and all information requested and/or related to my claim(s) to the hospital and/or its attorneys. Unless prohibited by applicable law or regulation, this authorization is irrevocable upon execution by me hereinbelow and any appeal brought by the hospital shall be as if it was brought by me personally.

**8.  Personal Valuables**

It is understood and agreed that the hospital maintains a safe for the safekeeping of money and valuables, and the hospital shall not be liable for the loss or damage to any money, jewelry, documents, fur garments, dentures, eye glasses, hearing aids, prosthetics or other articles of unusual value and small size, unless placed in the safe, and shall not be liable for loss or damage to any other personal property, unless deposited with the hospital for safekeeping. The maximum liability of the hospital for loss of any personal property which is deposited with the hospital for safekeeping is limited to five hundred dollars ($500.00) unless a written report for a greater amount has been obtained from the hospital by the patient.

**9.  I have Received the Additional Facility Specific Addendum:**

Patient Rights and Responsibilities;
Important Message from Champus;
Important Message from Medicare;
Authorization to Disclose
Other Specific Items as listed here:

_____
_____
Inpatient / Outpatient Information Guide
Booklet regarding Advance Directives/Living Will
Patient has executed Advance Directives: _____ Yes _____ No Did you bring a copy? _____ Yes _____ No

**10.  Financial Responsibility Agreement by Person Other than the Patient or the Patient's Legal Representative**

I agree to accept financial responsibility for services rendered to the patient and to accept the terms of the Financial Agreement (Paragraph 1) and Assignment of Benefits to Hospital and Hospital-Based Physicians (Paragraph 2) set forth above.

8-8-09
_____
Date                    Financially Responsible Party                    Witness

The undersigned certifies that he/she has read and verbalized/demonstrated understanding of the foregoing, received a copy thereof, and is the patient, the patient's legal representative or is duly authorized by the patient as the patient's general agent to execute the above and accept its terms.

8-8-09
_____
Date          Patient/Parent/Guardian/Conservator/Responsible Party - The above conditions of services have been explained to me and I understand.

_____
If other than patient, indicate relationship        Witness                                Witness

**A Copy of this Document will be Furnished Upon Request**

TCE1240E2 R3/09

**CONDITIONS OF SERVICES**
Page 2 of 2

DOB: 02/14/1983
26Y  M
PT: EQE
ACCT# 054322920  MR# 000293743
**FAUSTIN, RETCNICK**
AT: SORRENTINO, A    AD: SORRENTINO, A

4-17-15

Collection Agency / Attorney
Original creditor: Medical · St. Marys Medical Center FL
(Medical /Health care)
Original Amount $550   2nd Original Amount $750

Dear, Collection Agency - Attorney

Am advising you about collection wich you reporting credit agency
about creditor Medical - St. Marys Medical Center FL amount $550
and $750 am disputing this matter asking that you prove agree or
signature document that you receive service from St. Marys Medical
center if can't would ask you send all credit agency remove
that collection off my credit report will give 30 days to prove
if you dont respond befor 30 day or prove this collection will
take this matter befor court of law thank you for your prompt
assistance in this matter. I hope you have great day

Sincerely yours  Retcnick Faustien

R. Jauria

IN the county of Richmond
Virginia.

This was sworn to me on this 17th day of April 2015.

Notary

12/31/18
Expiration

2-4-2015

Retcnick Fausten ~~Address~~ 1200885
~~Haynesville Correctional Center~~
P.O. Box 129 Haynesville Virginia 22472

Would like to dispute account number 964896193
wich state owe $550 date opened Nov 2009 on medical bill
never was seen by medical center wich is St Marys
medical center FL don't onderstand how you got my informaten
this account on my credit report as collection that
make my credit look bad would like to know how you
could prove that this account is on me. All so
account 971676309 for $750 on 2009 for that
same place St. Mary's medical center would like
to know what procedures verifying document address
variation nature of this account for collection.
of you con't prove them am going to ask you to
remove this information off my credit report
wich recive from Experian.

Retcnick, fausten - 1200885

R. Fausten

Da the county of Richmond, Virginia

This was sworn to me inthis 2nd day of December 2014.

Notary

12-31-18
Expiers

DENNIS TOWNSEND JR.
NOTARY PUBLIC
REG. # 7127015
COMMONWEALTH OF VIRGINIA

PATRICIA W. HAND
NOTARY
PUBLIC
REG. #164858
MY COMMISSION
EXPIRES
2-28-19
COMMONWEALTH OF VIRGINIA

County/City of Richmond ; Commonwealth of Virginia
The foregoing instrument was subscribed and sworn before me this
25 day of June , 20 15
Retcnick Fausten
(Name of person seeking acknowledgement).
Patricea W Hand
Notary Public
My Commission Expires: 2-28-19
Notary Reg. No. 164858

**EXHIBIT Q**

June , 2015

Retcnick Fausten - 1200885 (6A-4T)

Dear, Central Financial Control and St. Mary's Medical Center

Am sending dispute letter been advised by your letter dated May 15, 2015 (account # CFC) 964896193 ) (account # CFC 971676304 ) date of service August 8, 2009, August 28, 2009 that was patient at St. Mary's Medical center agree terms of the financial agreement did agree on one dated 8-28-09 did not agree on 8-8-09 so ask that can you prove that both signature is of me sent letter saying that not my signature on 8-8-09 never showed up ask how both signature do not match. sent letter two-week ago this is my final letter this letter is notice resolve without going court. Or could take this court and have federal court look at your business practice and St. Mary's Medical way charge so call patient. Got same copy you sent me there is fraud going on. So let take step make agreement or I'll take this court. You have 3-week. R. Fausten

Retcnick Fausten.

**EXHIBIT R**

Patient Name: Retenick Faustin D.O.B 2-14-83   SSI 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

Facility: St Mary's Medical Center

Dates of Services: August 8, 2009 and August 28, 2009

Am told Central financial Control debit colleter which have my information attempt to collect debt on behalf St. Marys Medical center. Am challenging contract date service August 6, 2009, August 28, 2009 am told central financial control that provide driver license St. Marys Medical center that copy was made held on file. Am requsting copy of medical records, driver license any thing that ould prove I physical made vist recive service for medical reatment. Am qustioning my signature that don't match contract date serulce August 8, 2009, August 28, 2009 debt colleetor claim that on file copy of my driver license could prove that nade vist August 8, 2009, August 28, 2009 send Medical records Haynesville correctional center, P.O. Box 129 Haynesville VA 22472 thank you.

Retenick Fausten - 1200885

Haynesville Correctional center

P.O. Box 129

Haynesville VA 22472

My date of birth 2-14-83

SSI 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

County/City of Richmond, Commonwealth of Virginia
The foregoing Instrument was subscribed and sworn before me this
6th day of August, 2015
Retenick Fausten
(Name of person seeking acknowledgment)
Patricia W. Hand
Notary Public

My Commission expires: 2-28-19
Notary Reg. No. 164858

I certify that the above notary is not aparty this action

EXHIBIT T

Date:     7/30/2015

To:       Retenick Fausten 1200885
          Haynesville Correction Center
          Haynesville, VA  22472

From:     Health Information Management Department
          St Marys Medical Center
          901 45th St

          West Palm Beach, FL  33407-2413

Re:       Name, Date, SSN
          Medical Records Request for Retenick Fausten

Ref #:

Dear Retenick Fausten 1200885:

In order to protect the confidentiality of patients, federal law prohibits the release of protected health information without proper authorization.

In order for a request for medical records to be processed properly, the patient name, date of birth, or social security number must appear in the request in order for the patient to be identified.  One or more of these details were not found in your initial request.

Please update your request and resubmit it to the facility in order to have your request processed.

Thank you,

Health Information Management Department

**EXHIBIT T**

**HealthPort**
P.O. Box 409900
Atlanta, GA 30384-9900
Fed Tax ID 58 - 2659941
1-877-595-9900

| Date |
| --- |
| **7/30/2015** |
| Request ID # |
| **0173962092** |

Ship to:

Retenick Fausten  1200885
Retenick Fausten  1200885
HAYNESVILLE CORRECTION CENTER
PO BOX 129
HAYNESVILLE, VA 22472-0129

**Requested By:**   RETENICK FAUSTEN   1200885
**Patient Name:**   FAUSTEN RETENICK
**DOB:**   08082009

Records from:

ST MARYS MEDICAL CENTER
901 45TH ST
WEST PALM BEACH, FL 33407-2413

HealthPort is the largest provider of release of information(ROI) services and technology. We ensure the compliant exchange of protected health information for over 10,000 healthcare facilities nationwide. To learn more about our flexible ROI solutions, go to www.healthport.com/facilityassist